MICHAEL A. DiNARDO, ESQ. (SBN 216991)
Mike@Kelly-KelleyLaw.com
JOHN E. KELLY, ESQ. (SBN 40217)
JohnK@Kelly-KelleyLaw.com
KELLY & KELLEY, LLP
6320 Canoga Avenue, Suite 1650
Woodland Hills, California 91367
Tel:   (818) 347-7900
Fax:   (818) 340-2859

Attorneys for Plaintiff Bruml Management,
LLC, dba TechStyles Sportswear

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRUML MANAGEMENT, LLC, dba, TECHSTYLES SPORTSWEAR<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>TECHSTYLE, INC., formerly known as, JUST FABULOUS, INC.<br><br>　　　　　Defendant. | CASE NO. 17-CV-6021<br><br>**CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES** |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Bruml Management, LLC, dba Techstyles Sportswear ("Plaintiff") hereby makes the following disclosures:

- BRUML MANAGEMENT, LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock;

Pursuant to and Local Rule 7.1-1, the undersigned counsel of record for Defendants certifies that the following listed parties may have a pecuniary interest in the outcome of this case:

Bruml Management, LLC – plaintiff;

TechStyle, Inc. – defendant.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: August 14, 2017        KELLY & KELLEY, LLP

By:   /s/ Michael A. DiNardo
       MICHAEL A. DiNARDO
       JOHN E. KELLY
       Attorneys for Plaintiff Bruml Management, LLC, dba TechStyles Sportswear