JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Bruml Management, LLC

               Plaintiff,

v.

Techstyle, Inc.

               Defendants.

Case No.  CV 17-06021-AB (RAOx)

ORDER DISMISSING CIVIL ACTION

     THE COURT having been advised by counsel that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 21, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE